OPINION — AG — A CLAIM AGAINST THE FUNDS OF THE COMMISSIONERS OF THE LAND OFFICE IS VALID FOR THE TUITION FOR A COURSE IN OIL AND GAS LAW AT OKLAHOMA CITY UNIVERSITY SCHOOL OF LAW FOR AN ATTORNEY EMPLOYED BY THE LAND OFFICE IN OIL AND GAS MATTERS. CITE: OPINION NO. 66-355, OPINION NO. 63-227, 74 O.S. 1961 500.1 [74-500.1], 74 O.S. 1967 Supp., 285 [74-285](40), 64 O.S. 1961 41 [64-41] (PENN LERBLANCE)